**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TAMMY JACKSON,

    Plaintiff,

v.                                              Case No. 3:22-cv-827-TJC-LLL

STATE OF FLORIDA,

    Defendant.

## O R D E R

This case is before the Court on pro se Plaintiff Tammy Jackson's Motion to Proceed In Forma Pauperis. (Doc. 2). On November 15, 2022, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5) recommending that the motion be denied and that this case be dismissed without prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

    **ORDERED:**

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), (Doc. 2), is **DENIED**.

3. This case is **DISMISSED without prejudice**. The Clerk shall terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 13th day of January, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Laura Lothman Lambert
United States Magistrate Judge

Pro se Plaintiff

Counsel of record